UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEYOND PESTICIDES<br><br>*Plaintiff*<br>vs.<br><br>TRUGREEN LIMITED PARTNERSHIP<br><br>*Defendant* | Civil Case No.  1:20-cv-01083-TSC |

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, TruGreen Limited Partnership ("TruGreen"), by and through its undersigned counsel, with the consent of Plaintiff, Beyond Pesticides ("Plaintiff"), and without waiver of any rights, claims and/or defenses in this action, hereby moves this Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint.  In support of this request, TruGreen states as follows:

1. Plaintiff commenced this action on March 20, 2020, by filing its Complaint against TruGreen in the Superior Court of the District of Columbia, Civil Division ("Superior Court").

2. TruGreen was served with the Complaint on March 31, 2020.

3. On April 24, 2020, TruGreen timely removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  *See* ECF No. 1.  Absent an extension, TruGreen's answer or other responsive pleading is due on or before May 1, 2020.  *See* Fed. R. Civ. P. 81(c)(2)(C).

4. TruGreen understands that Plaintiff intends to move to remand this action to the Superior Court.  To allow the parties and this Court to focus on the remand briefings, and to avoid overlapping deadlines, TruGreen seeks, with Plaintiff's consent, that the time for it to respond to

Plaintiff's Complaint be extended until 30 days after this Court's decision on the anticipated remand motion.[1]

5.  TruGreen submits that the requested extension is made in good faith and is not intended to delay the litigation of this case.  Further, this is TruGreen's first request in this Court for an extension of time to respond.

6.  Pursuant to LCvR 7(m), counsel for the parties have conferred about the relief sought in this Motion, and counsel for Plaintiff consents to the requested extension.

WHEREFORE, Defendant TruGreen Limited Partnership, with the consent of Plaintiff Beyond Pesticides, respectfully requests that the Court grant this Consent Motion to Extend Time to Respond to Plaintiff's Complaint, and enter an Order that provides TruGreen thirty (30) days after any decision that retains this matter in this Court to answer or otherwise respond to Plaintiff's Complaint.  A proposed Order to that effect is attached.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


　　　/s/ J. David Folds
J. David Folds (Bar No. 449791)
901 K Street NW
Suite 900
Washington, D.C. 20001
Tel: (202) 508-3441
Email: dfolds@bakerdonelson.com

*Counsel for Defendant TruGreen Limited Partnership*

---

[1] In the event this Court grants Plaintiff's anticipated remand motion and the matter is remanded to the Superior Court, the parties understand that the Superior Court Rules of Civil Procedure will govern the time for TruGreen to respond to the Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April 2020, a copy of the foregoing Consent Motion to Extend Time to Respond to Plaintiff's Complaint was filed electronically via CM/ECF and was sent by e-mail to:

>Kim E. Richman
>Richman Law Group
>8 W. 126th Street
>New York, NY 10027
>krichman@richmanlawgroup.com
>
>*Counsel for Plaintiff*

|  |  |
|---|---|
|  | /s/ J. David Folds |
|  | J. David Folds |